UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON,

                Plaintiff,

-against-

NTHE FEDERAL LAW AND ORDER OFFICE OF THE CIVIL RIGHTS OF SECURITY, AMAZING INTERNATIONAL SERVICE ON EARTHQUAKE OVERRULING RACE DECISIONEW YORK CITY DEPARTMENT OF CORRECTIONS, ET AL.,

                Defendant.

25 CIVIL 3103 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 16, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 18, 2025
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                        Chief United States District Judge